Sam Levy, Appellant, v. Charles D. Bernard, Trading as Bernard Box Company, Appellee.

Gen. No. 43,109.

 Heard in the third division, first district, this court at the June term, 1944; opinion filed May 18, 1945; released for publication June 8, 1945. Henry H. Koven, for appellant; Louis E. Levinson, of counsel; Rittenhouse, Marovitz & Wallenstein, for appellee; Harold Marovitz, of counsel. Opinion by JUSTICE KILEY. Not to be published in full.